Dismissed and Memorandum Opinion filed March 4, 2010.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-00128-CR

____________

 

DEAUNDREA HARRIS, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the 230th District Court

Harris County, Texas

Trial Court Cause No. 1240250

 



 

M E M O R
A N D U M   O P I N I O N

Appellant entered a “guilty” plea to possession of a
controlled substance. In accordance with the terms of a plea bargain agreement
with the State, the trial court deferred adjudication of guilt and placed
appellant on community supervision for three years.  We dismiss the appeal.  

The trial court entered a certification of the defendant’s
right to appeal in which the court certified that this is a plea bargain case,
and the defendant has no right of appeal.  See Tex. R. App. P. 25.2(a)(2).  The trial court’s
certification is included in the record on appeal.  See Tex. R. App. P. 25.2(d).  The record supports the
trial court’s certification. See Dears v. State, 154 S.W.3d 610, 615
(Tex. Crim. App. 2005). 

Accordingly, we dismiss the appeal.  

 

PER CURIAM

 

Panel consists of Justices Frost,
Boyce, and Sullivan.

Do Not Publish C Tex. R. App. P. 47.2(b).